UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASHKAN MIRFAKHR RAJAEE and NASSIM RAJAEE,<br>Debtors. | Case No.: 26-cv-3166-RSH-GC<br>Bankruptcy No.: 24-00617-CL7 |
| NASSIM RAJAEE,<br>Appellant,<br>v.<br>CHRISTOPHER R. BARCLAY, Chapter 7 Trustee,<br>Appellee. | **ORDER REPRIMANDING ATTORNEY DARYOUSH SHAHROUZI** |

On September 3, 2026, this Court issued an order determining that attorney Daryoush Shahrouzi violated Fed. R. Bankr. P. 9011(b) and that sanctions were warranted. ECF No. 16. The Court reserved ruling on the nature of the sanctions pending a supplemental filing by Attorney Shahrouzi. *Id.*, at 2–3. The same day, Attorney Shahrouzi made that supplemental filing, albeit in a different bankruptcy appeal. *See* Case No. 26-cv-3162, Dkt. No. 17. The Court will consider that filing as if it were also made in this case. In light of Attorney Shahrouzi's acknowledgment of his errors and his commitment to his professional responsibility going forward, the Court limits the sanction imposed in this case for the violation of Fed. R. Bankr. P. 9011(b) to a reprimand.

Accordingly, the Court hereby **REPRIMANDS** Attorney Daryoush Shahrouzi as a sanction for his violation of Fed. R. Bankr. P. 9011(b) as set forth in the September 3, 2026 order. Attorney Shahrouzi is advised that the Court will expect him to comply with the commitments he has made in his supplemental filing, and that in addressing questions of sanctions that may arise in the future, the Court may take into account the fact that the Court, in the exercise of its discretion based in part on Attorney Shahrouzi's acceptance of his errors, declined to award monetary sanctions in this instance.

**IT IS SO ORDERED.**

Dated: October 7, 2026

Hon. Robert S. Huie
United States District Judge